# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| IN RE: AME CHURCH EMPLOYEE RETIREMENT FUND LITIGATION | ) MDL DOCKET NO.<br>) 1:22-md-03035-STA-jay<br>)<br>) ALL CASES |

## NOTICE OF APPEARANCE

COMES NOW Benjamin M. Stoll, with the law firm Carlton Fields, P.A., and hereby files this Notice of Appearance as counsel for Defendant Symetra Financial Corporation.

Dated:  September 28, 2022

Respectfully submitted,

/s/ *Benjamin M. Stoll*
Benjamin M. Stoll (DC Bar #1006837)
bstoll@carltonfields.com
CARLTON FIELDS, P.A.
Suite 400 West
1025 Thomas Jefferson Street, NW
Washington, DC 20007
Telephone:  (202) 965-8160
Facsimile:  (202) 965-8104

Markham R. Leventhal (DC Bar #489597)
mleventhal@carltonfields.com
CARLTON FIELDS, P.A.
Suite 400 West
1025 Thomas Jefferson Street, NW
Washington, DC 20007
Telephone:  (202) 965-8189
Facsimile:  (202) 965-8104

-2-

        Todd M. Fuller (FL Bar # 666211)
        tfuller@carltonfields.com
        CARLTON FIELDS, P.A.
        2 MiamiCentral, Suite 1200
        700 NW 1st Avenue
        Miami, Florida 33136
        Telephone:  (305) 530-0050
        Facsimile:  (305) 530-0055

        *Attorneys for Defendant*
        *Symetra Financial Corporation*