IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| IN RE: AME CHURCH EMPLOYEE RETIREMENT FUND LITIGATION | MDL Docket No. 1:22-md-03035-STA-jay<br><br>ALL CASES |

ORDER GRANTING JOINT MOTION TO INCREASE PAGE LIMITS
FOR SYMETRA LIFE INSURANCE COMPANY'S MOTION TO DISMISS BRIEFING

This matter has come before the Court on the Parties' Joint Motion to Increase Page Limits for Symetra Life Insurance Company's Motion to Dismiss Briefing. (ECF No. 108.) No party opposes the Motion. Upon due consideration of the Motion and finding good cause shown, the Court hereby **GRANTS** the Motion and ORDERS that:

Defendant Symetra Life Insurance Company ("Symetra") may file a motion to dismiss Plaintiffs' Consolidated Amended Complaint of up to thirty (30) pages in length, excluding the cover page, table of contents, table of authorities, signature block, and certificate of service; and

Plaintiffs may file a brief in opposition to Symetra's motion to dismiss of up to thirty (30) pages in length, excluding the cover page, table of contents, table of authorities, signature block, and certificate of service.

**IT IS SO ORDERED.**

s/ S. Thoma Anderson
Hon. S. Thomas Anderson
Chief United States District Court Judge

Date: October 6, 2022