IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

|  |  |
|---|---|
| IN RE: AME CHURCH EMPLOYEE RETIREMENT FUND LITIGATION | MDL Docket No. 1:22-md-03035-STA-jay<br>ALL CASES<br><br>Honorable S. Thomas Anderson |

**PLAINTIFFS AND SYMETRA LIFE INSURANCE COMPANY'S JOINT NOTICE OF SETTLEMENT**

Plaintiffs and Symetra Life Insurance Company ("Symetra") hereby notify the Court that they have reached a settlement and that they are working on completion of a formal settlement agreement, which they will present to the Court for approval pursuant to Federal Rule of Civil Procedure 23(e). The settlement does not impact Plaintiffs' claims against any other parties, nor does the settlement affect Symetra's claims against the AMEC Defendants. Plaintiffs and Symetra expect to be able to submit a final settlement agreement to the Court within the next thirty days.

Respectfully submitted this the 9th day of February, 2026.

| Plaintiffs' Counsel | Defendants' Counsel |
|---|---|
| **Plaintiffs' Interim Co-Lead Counsel**<br><br>*/s/ Matthew E. Lee*<br>**LEE SEGUI, PLLC** | **Counsel for Symetra Life Insurance Company**<br><br>*/s/ Benjamin Stoll*<br>Benjamin M. Stoll |

| | |
|---|---|
| 900 W. Morgan Street<br>Raleigh, NC 27603<br>855-496-7500<br>Fax: 919-600-5035<br>mlee@leesegui.com<br><br>*/s/ Gregorio Francis*<br>Gregorio A. Francis<br>**OSBORNE & FRANCIS LAW FIRM, PLLC**<br>433 Plaza Real, Suite 271 Boca Raton, FL 33432<br>(561) 293-2600<br>Fax: (561) 923-8100<br>gfrancis@realtoughlawyers.com | Markham R. Leventhal<br>Scott M. Abeles<br>**CARLTON FIELDS, P.A.**<br>1625 Eye Street, NW, Suite 800<br>Washington, DC 20006<br>t: 202-965-8100<br>f: 202-965-8104<br>bstoll@carltonfields.com<br>mleventhal@carltonfields.com<br>sabeles@carltonfields.com<br><br>Rachel A. Oostendorp<br>**CARLTON FIELDS, P.A.**<br>2 MiamiCentral, Suite 1200<br>700 NW 1st Avenue<br>Miami, FL 33136<br>t: 305-530-0050<br>f: 305-530-0055<br>roostendorp@carltonfields.com |
| **Plaintiffs' Liaison Counsel**<br><br>J. Gerard Stranch, IV<br>**STRANCH, JENNINGS, & GARVEY PLLC**<br>223 Rosa L. Parks Avenue, Suite 200 Nashville, Tennessee 37203<br>(615) 254-8801<br>Fax: (615) 255-5419<br>gstranch@stranchlaw.com | |
| **Plaintiffs' Steering Committee**<br><br>Kenneth S. Byrd<br>**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**<br>222 2nd Ave S<br>Nashville, TN 37210<br>615-313-9000<br>Fax: 615-313-9965<br>kbyrd@lchb.com | |

Susan Meter
**KANTOR & KANTOR LLP**
19839 Nordhoff Street
Northridge, CA 91324
818-886-2525
Fax: 818-350-6274
smeter@kantorlaw.net

Dhamian Blue
**BLUE LLP**
P.O. Box 1730
Raleigh, NC 27602
919-833-1931
Fax: 919-833-8009
dab@bluellp.com

Julie Nepveu
**AARP Foundation**
601 E Street, NW
Washington, DC 20049
(202) 434-2075
Fax: (202) 434-6424
jnepveu@aarp.org

Richard Schulte
**WRIGHT & SCHULTE LLC**
865 S. Dixie Dr.
Vandalia, OH 45377
937-435-9999
Fax: 937-435-7511
rschulte@yourlegalhelp.com